No. 22-35068

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ROBERT MCLAFFERTY,

*Petitioner-Appellant,*

v.

DEPARTMENT OF VETERANS AFFAIRS; ET AL.,

*Respondents-Appellees.*

On Appeal from the United States District Court
For the District of Oregon
No. 3:20-cv-1487-MO
Hon. Michael W. Mosman

**TABLE OF CONTENTS TO EXCERPTS OF RECORD**

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 6270
Telephone:     (217) 522-3445
E-mail:            jab@bbklegal.com

## VOLUME 1

| | |
|---|---:|
| Judgment dated January 20, 2022<br>    District Court Doc. 39 | 2 |
| Docket order dated November 22, 2021 | 3 |
| Transcript of Oral argument dated November 22, 2021 | 5 |
| Denial of Grievance by Michael Murphy dated<br>    March 6, 2020. Located at AR 2367-2369. | 67 |
| Report of Grievance Examiner Jacqueline Ross dated<br>    January 24, 2020. Located at AR 2307-2313. | 70 |

## VOLUME 2

| | |
|---|---:|
| Table of Contents to Administrative Record ("AR")<br>    District Court Doc. 18 and 18-1 | 78 |
| Transcript of Grievance Hearing (pages 1-292) dated<br>    December 16, 2019. Located at AR 1559-1850. | 83 |

## VOLUME 3

| | |
|---|---:|
| Transcript of Grievance Hearing (pages 293-378) dated<br>    December 16, 2019. Located at AR 1851-1936. | 376 |
| Exhibit 1 of Grievance Hearing. Memorandum dated July<br>    12, 2019 (w/ accompanying documents) proposing<br>    termination. Located at AR 1-144. | 462 |

## VOLUME 4

| | |
|---|---:|
| Exhibit 2 of Grievance Hearing. Memorandum dated July | 607 |

19, 2019 (w/ accompanying documents) responding to Proposed termination. Located at AR 1937-2110.

Part of Exhibit 3 of Grievance Hearing. Supplemental Exhibits submitted by McLafferty dated July 29, 2019, responding to proposed termination. Located AR 145-239. ... 781

## VOLUME 5

Second Part of Exhibit 3 of Grievance Hearing. Supplemental Exhibits submitted by McLafferty dated July 29, 2019, responding to proposed termination. Located AR 240-445. ... 877

Exhibit 4 of Grievance Hearing. Notice of removal dated August 2, 2019. Located at AR 449-465. ... 1083

Exhibit 5 of Grievance Hearing. McLafferty grievance dated August 16, 2019. Located at AR 485-488. ... 1100

Exhibit 6 of Grievance Hearing. Acknowledgment of grievance dated August 27, 2019. Located at AR 489-492. ... 1104

Exhibit 7 of Grievance Hearing. Affidavits of Chelsea Miller and Ken Piumarta. Located at AR 2111-2114. ... 1108

## VOLUME 6

Exhibit 8 of Grievance Hearing. Relevant performance evaluations Located at AR 2115-2276. ... 1113

Exhibit 9 of Grievance Hearing. Letter dated April 2, 2014. Located at AR 2277. ... 1275

Correspondence between John A. Baker and Jacqueline Ross. Located at AR 2314-2330. ... 1276

| | |
|---|---|
| Email with attachments from John A. Baker to Michael Murphy. Located at AR 2331-2366. | 1293 |
| Correspondence between Dr. McLafferty and Ken Piumarta August 2019. Located at AR 466-484. | 1329 |
| Correspondence between Andrea Smith and John A. Baker September 2019. Located at AR 511-513. | 1348 |
| Correspondence between Jacqueline Ross and John Baker October 2019. Located at AR 514-523. | 1351 |
| McLafferty supplemental appendix | 1361 |
| Notice of Appeal dated January 21, 2022 | 1371 |
| Docket sheet from United States District Court for the District of Oregon | 1374 |